Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65996.—J. F. Garvey Company v. United States, protest 274713–K (Galveston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65997.—M. S. Cowen Co. v. United States, protests 279586–K and 58/449 (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65998.—Pan American Food Company, Inc. v. United States, protest 308949–K (Boston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 29, 1961

No. 65999.—D. P. Harris Hdw. & Mfg. Co., Inc., et al. v. United States, protests 296678–KS, etc. (San Francisco).